No. D-5. IN RE DISBARMENT OF SIGNER. It is ordered that Burton R. Signer, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-6. IN RE DISBARMENT OF YUDOW. It is ordered that Daniel D. Yudow, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-7. IN RE DISBARMENT OF SCHERMAN. It is ordered that Benjamin B. Scherman, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-8. IN RE DISBARMENT OF PAVSNER. It is ordered that Emanuel H. Pavsner, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 71-92. CORKEY ET AL. v. EDWARDS ET AL. Appeal from D. C. W. D. N. C. Motion to set questions V, VI, and IV for briefing and oral argument denied.

No. 71-829. MOURNING v. FAMILY PUBLICATIONS SERVICE, INC. C. A. 5th Cir. [Certiorari granted, 405 U. S. 987.] Motion of the Solicitor General to permit A. Raymond Randolph, Jr., Esquire, to present oral argument *pro hac vice* as *amicus curiae* in support of petition granted.